EDWARD K. MACRUM and Others, Appellants, v. RICHARD W. HAWKINS and Others, Individually and Also as Constituting the Board of Supervisors of the County of Suffolk, and Others, Respondents.— Order denying plaintiffs' motion

for an extra allowance affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.